FILED

08 JUN 18 PM 3:03

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 CR 2034 IEG

January 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| SOLEDAD MARTINEZ-JIMENEZ (1), aka Soledad Martinez-Sandoval, ERNEST GUERRERO-RIVERA (2), | ) ) ) | |
| Defendants. | ) | |

The grand jury charges:

Count 1

On or about June 3, 2008, within the Southern District of California, defendants SOLEDAD MARTINEZ-JIMENEZ, aka Soledad Martinez-Sandoval and ERNEST GUERRERO-RIVERA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Guadalupe Gonzaga-Ceja, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

MIP:fer:San Diego
6/18/08

<u>Count 2</u>

On or about June 3, 2008, within the Southern District of California, defendants SOLEDAD MARTINEZ-JIMENEZ, aka Soledad Martinez-Sandoval and ERNEST GUERRERO-RIVERA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Guadalupe Gonzaga-Ceja, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: June 18, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
MICHELLE M. PETTIT
Assistant U.S. Attorney