FILED

AUG 21 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08 CR 2034 IEG |
| Plaintiff, | ORDER |
| vs. | |
| SOLEDAD MARTINEZ-JIMENEZ aka Soledad Martinez Sandoval, ERNEST GUERRERO-RIVERA, | |
| Defendants. | |

## ORDER

**GOOD CAUSE APPEARING,**

**IT IS HEREBY ORDERED** that the following named person(s) heretofore committed to the custody of the United States Marshall as material witness be released from custody:

*However, Mr. Gonzaga Ceja must appear for trial on Tuesday, September 30, 2008 at 9:00 a.m.*

**JOSE GUADALUUPE GONZAGA CEJA**
A 89 850-750
Marshall Control No.: 10001-298

Dated: 8/20/08

The Honorable Irma E. Gonzalez
United States District Court

1

08 CR 2034 IEG